B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Western District of Wisconsin | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stainless Steel Fabricating, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**39-1141788** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**202 Industrial Drive**<br>**Columbus, WI**<br>ZIP Code **53925** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Columbia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**       *** Attorney Rebecca R. DeMarb 1026621 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Stainless Steel Fabricating, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stainless Steel Fabricating, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Attorney Rebecca R. DeMarb**
Signature of Attorney for Debtor(s)

**Attorney Rebecca R. DeMarb 1026621**
Printed Name of Attorney for Debtor(s)

**DeMarb Law Office, LLC**
Firm Name

**122 West Washington Avenue, Suite 808**
**Madison, WI 53703**

Address

**Email: rebecca@demarblaw.com**
**(608) 310-3305  Fax: (608) 251-4506**
Telephone Number

**November 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George Hall**
Signature of Authorized Individual

**George Hall**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 19, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Stainless Steel Fabricating, Inc.**                                    Case No.
                                            Debtor(s)                            Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Adelinde Schlicher**<br>**101 S. Mansfield**<br>**Watertown, WI 53094** | **Adelinde Schlicher**<br>**101 S. Mansfield**<br>**Watertown, WI 53094** | **Promissory Note** | | **167,336.23** |
| **Carol A Valley, CPA, SC**<br>**159 S. Dickason Blvd.**<br>**Columbus, WI 53925** | **Carol A Valley, CPA, SC**<br>**159 S. Dickason Blvd.**<br>**Columbus, WI 53925** | **Professional Fees** | | **3,450.00** |
| **Dave Knapp**<br>**N3656 Heideman Road**<br>**Waupun, WI 53963** | **Dave Knapp**<br>**N3656 Heideman Road**<br>**Waupun, WI 53963** | **Commissions (September 2007 to July 2010) total $28,460.55; employee expense reimbursements total $1152.74.** | | **29,613.29** |
| **Dell Commerical Credit**<br>**Dept 50-0029361527**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | **Dell Commerical Credit**<br>**Dept 50-0029361527**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | **Business Credit Card Expense** | | **5,164.66** |
| **Eva Heim**<br>**W7449 Hillendale Parkway**<br>**Beaver Dam, WI 53916** | **Eva Heim**<br>**W7449 Hillendale Parkway**<br>**Beaver Dam, WI 53916** | **Promissory Note** | | **328,144.81** |
| **George Hall**<br>**106 Dawn Court**<br>**Columbus, WI 53925** | **George Hall**<br>**106 Dawn Court**<br>**Columbus, WI 53925** | **Promisory Note** | | **169,348.96** |
| **George Hall**<br>**106 Dawn Court**<br>**Columbus, WI 53925** | **George Hall**<br>**106 Dawn Court**<br>**Columbus, WI 53925** | **Unpaid 5305-SEP Contributions** | | **26,640.00** |
| **Illinois State Disbursement U**<br>**PO Box 5400**<br>**Carol Stream, IL 60197** | **Illinois State Disbursement U**<br>**PO Box 5400**<br>**Carol Stream, IL 60197** | **Unpaid employee child support garnishment** | | **4,050.00** |
| **ITA, INc.**<br>**PO Box 473**<br>**Milwaukee, WI 53201-0473** | **ITA, INc.**<br>**PO Box 473**<br>**Milwaukee, WI 53201-0473** | **Trade Debt** | | **6,164.14** |
| **Keyence Corporation of America**<br>**Dept CH 17128**<br>**Palatine, IL 60055-7128** | **Keyence Corporation of America**<br>**Dept CH 17128**<br>**Palatine, IL 60055-7128** | **Trade Debt** | | **8,783.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Stainless Steel Fabricating, Inc.**      Case No. _____

           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kivela, Inc.<br>N114 W 15605 Clinton Drive<br>Germantown, WI 53022 | Kivela, Inc.<br>N114 W 15605 Clinton Drive<br>Germantown, WI 53022 | Trade Debt | | 4,072.20 |
| Koss Industrial<br>1943 Commercial Way<br>Green Bay, WI 54311 | Koss Industrial<br>1943 Commercial Way<br>Green Bay, WI 54311 | Trade Debt | | 7,676.00 |
| Midwest Stainless Process<br>PO Box 88241<br>Milwaukee, WI 53288-0241 | Midwest Stainless Process<br>PO Box 88241<br>Milwaukee, WI 53288-0241 | Trade Debt | | 5,935.82 |
| Quality Coatings Inc.<br>621 Baxter Drive<br>Mukwonago, WI 53149 | Quality Coatings Inc.<br>621 Baxter Drive<br>Mukwonago, WI 53149 | Trade Debt | | 5,545.85 |
| Quarles & Brady<br>Attn: Julie Kuney<br>411 E. Wisconsin Avenue<br>Milwaukee, WI 53202 | Quarles & Brady<br>Attn: Julie Kuney<br>411 E. Wisconsin Avenue<br>Milwaukee, WI 53202 | Professional fees | | 6,514.40 |
| Raco International LP<br>3350 Industrial Blvd.<br>Bethel Park, PA 15102 | Raco International LP<br>3350 Industrial Blvd.<br>Bethel Park, PA 15102 | Trade Debt | | 3,572.87 |
| Teresa Henze<br>Cobblestone Deer View Meadow<br>111 Lone Oak Ln.<br>Hartford, WI 53027-2686 | Teresa Henze<br>Cobblestone Deer View Meadow<br>111 Lone Oak Ln.<br>Hartford, WI 53027-2686 | Promissory Note | | 32,000.00 |
| Waters Industrial<br>PO Box 805<br>Brookfield, WI 53008-0805 | Waters Industrial<br>PO Box 805<br>Brookfield, WI 53008-0805 | Trade Debt | | 4,648.65 |
| Wayne Carroll<br>853 Park Avenue<br>Columbus, WI 53925 | Wayne Carroll<br>853 Park Avenue<br>Columbus, WI 53925 | Unpaid and accrued vacation time. | | 6,497.60 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Taxes | | 17,145.98 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Stainless Steel Fabricating, Inc.**                                         Case No.
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 19, 2010**                        Signature  **/s/ George Hall**
                                                              **George Hall**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Wisconsin

In re  **Stainless Steel Fabricating, Inc.**                                                        Case No.
                                             Debtor(s)                                                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                   $    **0.00**
   Prior to the filing of this statement I have received                         $    **0.00**
   Balance Due                                                                   $    **0.00**

2. $ **1,039.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Fees are $250 per hour for Rebecca DeMarb, plus usual expenses, pursuant to Engagement Agreement dated November 18, 2010. DeMarb Law Office, LLC, ("DLO") has $19,830.00 that it is holding as an advanced fee on the Petition Date. Prior to the Petition Date, DLO was paid a total of $6631.00 by the Debtor for services provided. DLO will move for appointment as a professional pursuant to 11 USC sec. 327.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 19, 2010**                          **/s/ Attorney Rebecca R. DeMarb**
                                                        **Attorney Rebecca R. DeMarb 1026621**
                                                        **DeMarb Law Office, LLC**
                                                        **122 West Washington Avenue, Suite 808**
                                                        **Madison, WI 53703**
                                                        **(608) 310-3305  Fax: (608) 251-4506**
                                                        **rebecca@demarblaw.com**

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Stainless Steel Fabricating, Inc.**　　　　　　　　　Case No.
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 19, 2010**　　　　　**/s/ George Hall**
　　　　　　　　　　　　　　　　　　　　**George Hall**/**President**
　　　　　　　　　　　　　　　　　　　　Signer/Title

```
I.R.S.
Insolvency Administration
P.O. Box 21126
Philadelphia PA 19154

IRS
545 Zor Shrine Place
Stop 5301 MSN
Madison WI 53719

Internal Revenue Service
211 W. Wisconsin Avenue
Stop 5301MIL
Milwaukee WI 53203

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison WI 53708-8901

1st Priority Services, Inc.
PO Box 730440
Dallas TX 75373-0440

Adelinde Schlicher
101 S. Mansfield
Watertown WI 53094

AT&T
P.O. Box 8100
Aurora IL 60507-8100

Badger Disposal Inc.
P.O. Box 29
Columbus WI 53925

Badger Welding Supplies, Inc.
P.O. Box 3379
Madison WI 53704

Basic Stainless
PO Box 1103
Marshfield WI 54449

Caldwel Lumber
PO Box 368
Columbus WI 53925

Carol A Valley, CPA, SC
159 S. Dickason Blvd.
Columbus WI 53925
```

```
City of Columbus
ATTN: City Treasurer
105 N. Dickason Blvd.
Columbus WI 53925

Columbus Water & Light
PO Box 228
Columbus WI 53925-0228

Concord Electric Supply MA/MI
PO Box 1006
Wilbraham MA 01095

CS American Lifting LLC
21825 Doral Road
Waukesha WI 53186

Curtis Bowen
c/o Attorney Dan Jardine
119 South Main Street
De Forest WI 53532

Daniel Gillis
N5872 Maleck Circle
Beaver Dam WI 53916

Dave Knapp
N3656 Heideman Road
Waupun WI 53963

David Napp
N3653 Heidelman Rd.
Waupun WI 53963

Dayton Freight Lines Inc.
PO Box 340
Vandalia OH 45377

Dell Commerical Credit
Acct No xxxx-xxxx-xxxx-1527
Dept 50-0029361527
PO Box 689020
Des Moines IA 50368-9020

DHL Express, Inc.
PO Box 4723
Houston TX 77210-4723

Doig Corporation
PO Box 860
Cedarburg WI 53012

Emedco Innovative Signs
39209 Treasury Center
Chicago IL 60694-9200
```

EMS Industrial, Inc.
4901 Prairie Dock Drive
Madison WI 53718

Eva Heim
W7449 Hillendale Parkway
Beaver Dam WI 53916

Fabric-Tech
PO Box 510260
New Berlin WI 53151

Farmers & Merchant's Union Bank
PO Box 226
Columbus WI 53925

George Hall
106 Dawn Ct.
Columbus WI 53925

George Hall
106 Dawn Court
Columbus WI 53925

Godfrey & Kahn SC
780 N. Water St.
Milwaukee WI 53202-3590

Green Bell Trophy
301 W. State Street #4
Fox Lake WI 53933-8025

Guenther Supply Inc.
PO Box 867
Grand Marsh WI 53936

Habasit Belting
PO Box 277416
Atlanta GA 30384-7416

Hoists Direct, Inc.
123 Charter Street
Albemarle NC 28001

IFM Efector
PO Box 8538-307
Philadelphia PA 19171-0307

Illinois State Disbursement U
PO Box 5400
Carol Stream IL 60197

Infinity EDM, LL
N171 W21050 Industrial Drive
Jackson WI 53037

ITA, INc.
PO Box 473
Milwaukee WI 53201-0473

ITT Laing Thermotech
Acct No xxx4638
3878 S. Willow, Suite 104
Fresno CA 93725

J&C Manufacturing
PO Box 334
Allenton WI 53002

Jeamar Winches Corp.
PO Box 441
Buffalo NY 14205-0441

Jessica Roeder
601 S. Watertown Street
Waupun WI 53963

Johnson Screens, Inc.
1950 Old Highway 8 NW
Saint Paul MN 55112

Keyence Corporation of America
Dept CH 17128
Palatine IL 60055-7128

Keyence Corporation of America
50 Tice Blvd
Woodcliff Lake NJ 07677

Kivela, Inc.
N114 W 15605 Clinton Drive
Germantown WI 53022

Koss Industrial
1943 Commercial Way
Green Bay WI 54311

KR West Company, Inc
PO Box 468
Kaukauna WI 54130

Lambeu LLC
PO Box 671129
Milwaukee WI 53267-1129

Lee Spring
140 58th Street
Brooklyn NY 11220

```
Mark Hill
N5751 Hillview Lane
Horicon WI 53032

MES Incorporated
S83 W18510 Saturn Drive
Muskego WI 53150

Midland Plastics
PO Box 510055
New Berlin WI 53151

Midwest Stainless Process
PO Box 88241
Milwaukee WI 53288-0241

MK Products Inc.
16882 Armstrong
Irvine CA 92606

Motion Industries
PO Box 98412
Chicago IL 60693

Mountain Fresh Beverage
1208 DeClark Street
Beaver Dam WI 53916

MSC Industrial Supply
PO Box 382070
Pittsburgh PA 15250-8070

New Mexico Taxation & Revenue
PO Box 630
Santa Fe NM 87504-5128

Office Automation Technologies
78 Enterprise Road
WY 83018

Praxair Distribution, Inc.
Debt CH 10660
Palatine IL 60055-0660

Precision Metrology
7350 N. Teutonia Avenue
Milwaukee WI 53209

Pyro Matic Incorporated
11901 W Dearbourn Avenue
Milwaukee WI 53226

Quality Coatings Inc.
621 Baxter Drive
Mukwonago WI 53149
```

Quality Metals, Inc.
2575 Doswell Avenue.
Saint Paul MN 55108

Quarles & Brady
Attn: Julie Kuney
411 E. Wisconsin Avenue
Milwaukee WI 53202

Raco International LP
3350 Industrial Blvd.
Bethel Park PA 15102

Raymond Johnson
124 1/2 James Street
Beaver Dam WI 53916

Roadway Express
PO Box 93151
Chicago IL 60673

Rotary Systems Inc.
14440 Azurite Street NW
Anoka MN 55303

Safeguard Business Systems
Attn: Phillip Pizzingrilli
PO Box 44252
Madison WI 53744

Spraying Systems Co.
PO box 95564
Chicago IL 60694-5564

Staples
Dept 00-01593466
PO Box 6721
The Lakes NV 88901-6721

Stephen Kurtz
110 Wisconsin
Beaver Dam WI 53916

Teresa Henze
Cobblestone Deer View Meadow
111 Lone Oak Ln.
Hartford WI 53027-2686

Timothy Quealla
22 Champan Place
Waupun WI 53963

True Value
815 Park Avenue
Columbus WI 53925

```
UPS Freight
PO Box 79755
Baltimore MD 21279-0755

Village Tool
PO Box 805
Brookfield WI 53008-0802

Waters Industrial
PO Box 805
Brookfield WI 53008-0805

Wayne Carroll
853 Park Avenue
Columbus WI 53925

Wisconsin Department of Workforce Dev.
PO Box 8914
Madison WI 53708-8914

Wisconsin Department of Workforce Dev.


Attorney Alan J Strohschein
PO Box 440
Columbus WI 53925-0440

Attorney Darrell Zall
4650 N. Port Washington Rd.
Milwaukee WI 53212-1077

Attorney Ken Doran
2101 Fox Avenue
Madison WI 53711-1920

Attorney Norman Farnam
PO Box 2236
Madison WI 53701-2236

Attorney Paul R. Jaessing
PO Box 826
Waukesha WI 53187-0826

Attorney Vincent J. Guerrero
116 E. Lake Street
Lake Mills WI 53551

Jim Parish
W2631 State Road 16
Columbus WI 53925

US Department of Labor
Attn: Elizabeth Griggs
200 W. Adams, Su 1600
Chicago IL 60606
```